UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAZIZ R. CASTRO-GONZALEZ,<br><br>Defendant. | Case No.: 23-cr-1922-H<br><br>Honorable Marilyn L. Huff<br><br><br>**ORDER** |

Good cause appearing, and with no objection from the Government or Pretrial Services, the Court hereby GRANTS defendant Jaziz R. Castro-Gonzalez Motion to Travel to San Luis Rio Colorado, Sonora, Mexico, he intends to stay for several days to provide the needed care his ailing mother requires due to her breaking an ankle.

Mr. Castro Gonzalez will provide Pretrial Services with the address where he intends to travel to in Mexico, and he will be in contact with Pretrial Services before and after his travel to Mexico. All other conditions remain the same.

IT IS SO ORDERED.

Dated: 2/7/2024

HON. MARILYN L. HUFF
United States District Judge